**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DOHERTY,

        Plaintiff,                           No. 09-4961-EDL

  v.                              **ORDER REGARDING REQUEST FOR**
                                           **JUDICIAL NOTICE**

CITY OF ALAMEDA and CITY OF
ALAMEDA HOUSING AND BUILDING
CODE HEARING AND APPEALS BOARD,

        Defendants.
_____/

      On December 16, 2009, Plaintiff filed a document entitled "Request for Judicial Notice" with this Court.  The Request does not indicate any basis for the Court to take judicial notice of the documents attached thereto, nor does the Request appear to be connected with any Motion or other document currently before the Court.  The Court notes that it held a hearing on Defendants' Motion to Dismiss on December 15, 2009 in which it granted in part and denied in part Defendants' Motion. If Plaintiff intended the Request to be considered in connection with Defendants' Motion to Dismiss, the Request is untimely and irrelevant to the Court's previous ruling on the Motion to Dismiss. Therefore the Court DENIES Plaintiff's Request for Judicial Notice.

Dated: December 17, 2009

                                 *Elizabeth D. Laporte*
                              _____
                              ELIZABETH D. LAPORTE
                              United States Magistrate Judge