Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990

Teresa L. Highsmith State Bar No. 155262
Laura E. Zagaroli, State Bar No. 251682
Office of the City Attorney
2263 Santa Clara Avenue, Room 280
Alameda, California 94501-4477
Telephone:    (510) 747-4750
Facsimile:    (510) 747-4767

Attorneys for Defendant
CITY OF ALAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOHERTY,<br><br>            Plaintiff,<br>      vs.<br><br>CITY OF ALAMEDA AND CITY OF ALAMEDA HOUSING AND BUILDING CODE HEARING AND APPEALS BOARD,<br><br>            Defendants. | Case No.:  CV09 4961 EDL<br><br>[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT  [FRCP 12(b)(6)] |

Defendant City of Alameda's Motion to Dismiss the First Amended Complaint of plaintiff John Doherty came on regularly for hearing on December 15, 2009, before the Honorable Elizabeth D. Laporte, Magistrate Judge.   Lee Grant appeared on behalf of plaintiff John Doherty and Laura E. Zagaroli and Gregory M. Fox appeared on behalf of defendant.

The Court, having considered all the papers and pleadings on file herein and the oral argument of counsel, HEREBY ORDERS THAT:

Defendant's Motion to Dismiss the First Cause of Action of the First Amended Complaint is denied.

1  Defendant's Motion to Dismiss the Second Cause of Action of the First Amended Complaint
2  is granted with leave to amend.
3  Defendant's Motion to Dismiss the Third Cause of Action of the First Amended Complaint is
4  granted with prejudice as unopposed by plaintiff.
5  The matter is ordered to Early Neutral Evaluation.  The Case Management Conference and
6  related Rule 26 disclosures continued to March 30, 2010. A joint case management conference
7  statement to be filed on or before March 23, 2010.   Formal discovery stayed pending completion of
8  the ENE but each party may in the meantime take 1 or 2 depositions to facilitate the ENE.
9  IT IS SO ORDERED.

Dated: January 14, 2010                    _____
                                           UNITED STATES ~~DISTRICT~~ JUDGE
                                                        MAGISTRATE

Approved as to form:

____/s/_____
Lee Grant, Attorney for Plaintiff

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: January 13, 2010                    _____/s/_____
                                           Gregory M. Fox

---

2

[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S
FIRST AMENDED COMPLAINT