LEE GRANT, ESQ.  S.B.N.:  74488
LeeJGrant@yahoo.com
5417 Encino Avenue, Building B
Encino, CA 91316-2529
Tel: (323) 660-2932 or (818) 262-1949
Fax:  (323) 660-9285

Attorney for Plaintiff:
JOHN DOHERTY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOHERTY,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ALAMEDA AND CITY OF ALAMEDA HOUSING AND BUILDING CODE HEARING AND APPEALS BOARD,<br>And DOES 1-10<br><br>Defendants. | CASE NO.: CV09 4961 EDL<br><br>**ATTORNEY'S NOTICE OF MOTION AND MOTION TO FILE AN ATTORNEY'S LIEN**<br><br>Date:  June 15, 2010<br>Time:  9:00 A.M.<br>Location:  Courtroom E, 15th Floor<br>Judge: Hon. Elizabeth D. LaPorte |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on June 15, 2010 at 9:00 A.M., or as soon thereafter as the matter may be heard in Department E of the above entitled court,

1

Lee Grant, Esq. will move to place an Attorney's Lien on the above-referenced case for legal services rendered.

LEE GRANT, ESQ., an attorney at law, hereby files this Attorney's Lien and claims a lien in the following amounts, pursuant to the "Attorney-Client Contingency Fee Agreement" entered into by Attorney Lee Grant and Client John Doherty in August of 2008, which allowed attorneys fees in the amount of 33 &1/3% to 40% after filing of said action depending on the time of the resolution of the matter. However:

"In the event of Attorney's discharge or withdrawal as provided in Paragraph 11, Client agrees that, upon payment of the settlement, arbitration award or judgment in Client's favor in this matter, Attorney shall be entitled to be paid by Client a reasonable fee for the legal services provided.

"Paragraph 11- **DISCHARGE AND WITHDRAWAL:** Client may discharge Attorney at any time, upon written notice to Attorney. Attorney may withdraw from representation of Client (a) with Client's consent, (b) upon court approval, or (c) if no court action has been filed, for good cause and upon reasonable notice to Client. Good cause includes Client's breach of this contract, or any other fact or circumstance that render Attorney's continuing representation unlawful or unethical.

"Notwithstanding Attorney's withdrawal or Client's notice of discharge, and without regard to the reasons for the withdrawal or discharge, Client will remain obligated to pay Attorney for costs incurred prior to the termination and, in the event that there is a net recovery obtained by Client after conclusion of Attorney's services, Client remains obligated to pay Attorney for the reasonable value of all services rendered from the effective date of the Agreement to the date of discharge"

Under the above-referenced conditions, this lien shall be on and against the real property of JOHN DOHERTY, his client, said real property being

identified as all of Assessor's Parcel No. 073-0414-024 and commonly known as 1617 Central Avenue, in the City of Alameda, County of Alameda, State of California.  The herein referenced lien amount is for the legal services rendered and out-of-pocket costs paid in the suit of DOHERTY v. CITY OF ALAMEDA, et al, Federal Case No. CV09-4961 in the United States District Court, Northern District, which was instituted for said client initially in the Alameda Superior Court, Case No. RG08384239 before removal to Federal Court, pertaining to said real property.

      This lien is filed against any future recovery as the instant case is currently pending before the Honorable Judge LaPorte.

Respectfully Submitted                                                     _____  
May 2, 2010 by:

                                                                                      LEE GRANT, ESQ.  
                                                                                      Plaintiff's Attorney

MOTION FOR ATTORNEY'S LIEN