UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DOHERTY

Plaintiff(s),

v.

CITY OF ALAMEDA, et al.;

Defendant(s).
_____/

No. C- 09-4961

**ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL** FOR THE LIMITED PURPOSE OF ASSISTING PLAINTIFF AT A COURT-SPONSORED MEDIATION

The __Plaintiff__ having requested and being in need of counsel to assist him/her in this matter and good and just cause appearing,

IT IS HEREBY ORDERED that __Plaintiff John Doherty__ shall be referred to the Federal Pro Bono Project in the manner set forth below:

1. The clerk shall forward to the Volunteer Legal Services Program of the Bar Association of San Francisco ("BASF")/Santa Clara County Bar Association ("SCCBA") one (1) copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

2. Upon being notified by the BASF/SCCBA that an attorney has been located to represent the __Plaintiff__, that attorney shall be appointed as counsel for __Plaintiff John Doherty__ in this matter ~~until further order of the Court~~ for the limited purpose of assisting Plaintiff at a court-sponsored mediation.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent __Plaintiff John Doherty__ in this action.

IT IS SO ORDERED.

Dated: June 23, 2010

_Elijah D. Laporte_ (signature)
United States ~~District~~/Magistrate Judge

**EXHIBIT A TO FEDERAL PRO BONO PROJECT GUIDELINES**

# FEDERAL PRO BONO PROJECT
# REFERRAL FORM

TO:

| | |
|---|---|
| Jennifer Greengold<br>Supervising Attorney<br>Federal Legal Assistance & Pro Bono Project<br>Volunteer Legal Services Program of BASF<br>450 Golden Gate Ave, 15th Floor, rm 15-2796<br>San Francisco, CA  94102 | Christine A. Burdick<br>(408) 287-2557; fax (418)850-1506<br>Executive Director<br>Santa Clara County Bar Association<br>4 North 2nd Street, #400<br>San Jose, CA  95113<br>ChrisB@sccba.com |

REFERRING JUDGE:   Hon. Elizabeth D. Laporte

DATE:  June 23, 2010

RE:         Referral of Indigent Litigant for Appointment of Counsel

---

Please be advised that the following pro se litigant is being referred to the Bar Association of San Francisco Volunteer Legal Services Program/Santa Clara County Bar Association for appointment of a volunteer attorney through the Federal Pro Bono Project.  The litigant has been given a copy of the instruction sheet for litigants.  One copy of the court file is enclosed, or will be forwarded as soon as it is available.

Name:   John Doherty

Address:   4701 San Leandro St., Oakland, CA 94601

Telephone #:   510-261-0515

Message Telephone #:

Case Name:   Doherty v. City of Alameda, et al.

Status of Case:  Referred for court-sponsored mediation

United States District Court
For the Northern District of California

**EXHIBIT B TO FEDERAL PRO BONO PROJECT GUIDELINES**

Federal Pro Bono Project
*of the*
United States District Court
Northern District of California
*with*
The Bar Association of San Francisco
Volunteer Legal Services Program
*and*
Santa Clara County Bar Association

Instruction Sheet for Litigant

TO (Name of litigant):   John Doherty

FROM (Referring judge):   Hon. Elizabeth D. Laporte

DATE:   June 23, 2010

RE:                  Referral to the Federal Pro Bono Project

---

You are being referred to the Federal Pro Bono Project of the Bar Association of San Francisco Volunteer Legal Services Program ("BASF") or Santa Clara County Bar Association ("SCCBA").  This organization will attempt to locate a volunteer attorney willing to be appointed to represent you in your employment discrimination case.  **There is no guarantee that the Project will be able to locate an attorney to represent you.**  To remain eligible for this Project, it is important that you follow all of the instructions below:

1. During the time the Project is attempting to find an attorney for your case, you must notify the Project staff immediately if you change your address or telephone number.  Write to:

| | |
|---|---|
| Jennifer Greengold | Christine A. Burdick |
| (415) 626-6917; fax (415)626-6997 | (408) 287-2557 |
| Supervising Attorney | Executive Director |
| Federal Legal Assistance & Pro Bono Project | Santa Clara County Bar Association |
| Volunteer Legal Services Program of BASF | 4 North 2nd Street, #400 |
| 450 Golden Gate Ave, 15th Floor, rm 15-2796 | San Jose, CA  95113 |
| San Francisco, CA  94102 | ChrisB@sccba.com |
| jgreengold@sfbar.org | |

2. During this time, one or more attorneys may want to speak with you in person or over the telephone to help them decide whether they will be able to represent you.  This may require that you meet with the attorney or attorneys in their offices.  You should be prepared to attend such meetings.  The attorney or attorneys may also want to speak with potential witnesses.

3. You will be contacted by the Project staff if a volunteer attorney agrees to represent you.  This process may take as long as several months.  If you are referred to a volunteer attorney, you will be expected to cooperate fully with that attorney.

4. If you are referred to a volunteer attorney, <u>do</u> <u>not</u> miss any appointments with the attorney, except in an emergency.  If you miss an appointment or fail to cooperate with your attorney, you may no longer be entitled to receive free legal services through the BASF/SCCBA.

**EXHIBIT C TO FEDERAL PRO BONO PROJECT GUIDELINES**