IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DOHERTY,

    Plaintiff,

    v.

CITY OF ALAMEDA and CITY OF ALAMEDA HOUSING AND BUILDING CODE HEARING AND APPEALS BOARD,

    Defendants.

No. 09-4961-EDL

**ORDER ALLOWING EX PARTE FILING OF RESPONSE TO PLAINTIFF'S OPPOSITION TO ATTORNEY'S MOTION TO FILE ATTORNEY'S LIEN**

    Plaintiff's former attorney, Lee Grant's Motion to File an Attorney's Lien came on for hearing on June 14, 2010 but Mr. Grant failed to appear at the hearing and Plaintiff claimed he had no notice of the motion. Thereafter, the Court Ordered Mr. Grant to file additional documentation supporting his motion, and allowed responses from Plaintiff and Defendant. On June 21, Plaintiff filed an opposition to the motion. On June 21 and June 22, Mr. Grant filed two declarations in violation of Local ADR Rule 5-12 regarding the confidentiality of discussions that occur during Early Neutral Evaluation sessions. The Court Ordered both declarations stricken from the public docket and allowed Mr. Grant until June 25 to properly respond to Plaintiff's opposition.

    Mr. Grant has informed the Court that he cannot properly respond to Plaintiff's opposition without disclosing confidential information that may affect Plaintiff's case if the Defendants are allowed to view some of the information necessary to support his position. Mr. Grant requests that he be allowed to submit the reply *ex parte* to the Court and Plaintiff because the matter relates solely to the attorney-client relationship. Counsel for Defendants does not oppose the request. Good cause appearing, the Court hereby GRANTS Mr. Grant's request to submit his reply to his motion to file an attorney's lien *ex parte*. However, the Court notes that the confidentiality requirements of the

ADR Local Rules generally apply even in the context of an ex parte submission, and that the submission must comply with applicable law regarding the attorney-client privilege.

**IT IS SO ORDERED.**

Dated: June 25, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge