IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DOHERTY,

    Plaintiff,

  v.

CITY OF ALAMEDA and CITY OF ALAMEDA HOUSING AND BUILDING CODE HEARING AND APPEALS BOARD,

    Defendants.

No. 09-4961-EDL

**ORDER APPOINTING COUNSEL FOR LIMITED PURPOSE TO ASSIST AT MEDIATION**

On June 23, 2010, this Court issued an Order referring Plaintiff to the Federal Pro Bono project for the limited purpose of assisting him at a court-sponsored mediation. The Court has been notified that a volunteer attorney is willing to be appointed for this limited purpose at the request of the Federal Pro Bono Project. Timothy Connor and Lawrence Callaghan of Tucker Ellis & West LLP are hereby appointed as counsel for Plaintiff for the limited purpose of assisting him at a court-sponsored mediation.

**IT IS SO ORDERED.**

Dated: July 21, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge