**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DOHERTY,

    Plaintiff,

v.

CITY OF ALAMEDA and CITY OF ALAMEDA HOUSING AND BUILDING CODE HEARING AND APPEALS BOARD,

    Defendants.

No. 09-4961-EDL

**ORDER CONTINUING MEDIATION DEADLINE**

    The Court has received the parties' stipulation and proposed order to continue the deadline to mediate. The Court is dismayed to learn that the request to continue the mediation deadline is being made on the basis that the parties have been waiting for an Order from the Court regarding the impact of Plaintiff's bankruptcy filing on this case. The Court did not issue any Order following the parties' briefing on the issue because it determined that no stay was warranted as to Plaintiff's claim or the government's counterclaims (other than as to Plaintiff's former counsel's motion for an attorney's lien, which was addressed in a separate Order) and the case should proceed. The Court therefore appointed counsel for Plaintiff for the limited purpose of assisting him at a Court-sponsored mediation and referred the parties to mediation. The Court would not have appointed counsel for Plaintiff if it had intended to stay the case. The parties are hereby Ordered to complete Court-sponsored mediation within 60 days of the date of this Order.

**IT IS SO ORDERED.**

Dated: October 7, 2010

                                                  ELIZABETH D. LAPORTE

                                                  United States Magistrate Judge