TUCKER ELLIS & WEST LLP
LAWRENCE A. CALLAGHAN - STATE BAR NO. 53258
TIMOTHY C. CONNOR – STATE BAR NO. 236529
135 Main Street, Suite 700
San Francisco, California  94105
Telephone:  415.617.2400
Facsimile:  415.617.2409

Attorneys for Plaintiff
JOHN DOHERTY

TERESA L. HIGHSMITH, STATE BAR NO. 155262
LAURA ZAGAROLI, STATE BAR NO. 251682
Office of the City Attorney
2263 Santa Clara Avenue, Room 280
Alameda, CA 94501-4477
Telephone:   415.747.4750
Facsimile:    415.747-4767

GREGORY M. FOX, STATE BAR NO. 70876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Telephone:  415.353.0999
Facsimile    415.353.0990

Attorneys for Defendant/Counterclaimant
CITY OF ALAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOHERTY,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF ALAMEDA and CITY OF ALAMEDA HOUSING AND BUILDING CODE HEARING AND APPEALS BOARD,<br><br>          Defendants. | Case No. CV09 4961 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO MEDIATE AND STAY CIVIL PROCEEDINGS AND VACATE TRIAL DATE PENDING COMPLETION OF COURT ORDERED MEDIATION.** |

Pursuant to the Court's Order the parties met with Mediator Frederick Hertz at the United States Court House in Oakland on Friday December 3.  Specially appearing for purposes of representation during the mediation for plaintiff was attorney Timothy O. Connor along with Mr.

Doherty pro se.  Appearing for the defendants was Gregory Fox and Laura Zagaroli as well as the City of Alameda Building Official Gregory McFann.  The session was productive thanks to the assistance of Mediator Hertz and the parties agreed on a fact finding process that will facilitate the mediation process but will take approximately six weeks given the holiday season.  The parties and Mr. Hertz have agreed to a second formal mediation session in February 2011.  The parties have agreed,  and Mediator Hertz concurs,  that to facilitate settlement negotiations, the fact finding process and the next mediation session  in February 2011 that a Stipulation for an Order  extending the time to complete Mediation and staying all discovery, motions and vacating the current trial date pending completion of mediation is appropriate.  Such an extension and stay will allow the parties to concentrate their efforts on conflict resolution and save money during a time of fiscal crisis for all concerned.

Therefore, based on this good cause the parties respectfully request and Stipulate that the Court order the following:

1. The time to mediate the case is extended to February 28, 2011.  If additional time is necessary to complete mediation the parties will so advise the Court by a further stipulation to be filed on or before February 28, 2011.
2. All discovery, including expert discovery, and the time for filing motions for summary judgment are stayed pending the completion of the mediation process and will be re-set if the mediation process is unsuccessful.
3. The trial date of May 23 is vacated.
4. The parties to appear for a case management conference on Tuesday March 1, 2011 for a new trial date if the mediation is unsuccessful.  A joint statement to be filed by February 22, 2011.
5. Mediator Hertz will provide a letter to the Court supporting good cause for this stipulation if the Court believes such a letter is necessary.

SO STIPULATED.

Dated: December 15, 2010                            BERTRAND, FOX & ELLIOT

                                                           By:     /s/
                                                           Gregory M. Fox
                                                           Attorneys for Defendant
                                                           CITY OF ALAMEDA

Dated: December 15, 2010         By:     /s/
                                                           Laura Zagaroli
                                                           Attorney for Defendant
                                                           CITY OF ALAMEDA


                                                           TUCKER ELLIS & WEST LLP

Dated: December 15, 2011         By:     /s/
                                                           Lawrence A. Callaghan
                                                           Timothy C. Connor
                                                           TUCKER ELLIS & WEST LLP
                                                           Attorneys for Plaintiff
                                                           JOHN DOHERTY

ATTORNEY ATTESTATION

     I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: December 15, 2010                               /s/
                                                                      Gregory M. Fox

**ORDER**

     PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: December 16, 2010                            *Elizabeth D. Laporte*
                                                                 Hon. Elizabeth D. Laporte
                                                                United States District Court Judge