```
 1  TUCKER ELLIS & WEST LLP
    LAWRENCE A. CALLAGHAN - STATE BAR NO. 53258
 2  135 Main Street, Suite 700
    San Francisco, California  94105
 3  Telephone:  415.617.2400
    Facsimile:  415.617.2409
 4
    Attorneys for Plaintiff
 5  JOHN DOHERTY

 6  DONNA R.  MOONEY , STATE BAR NO. 189753
    LAURA ZAGAROLI, STATE BAR NO. 251682
 7  Office of the City Attorney
    2263 Santa Clara Avenue, Room 280
 8  Alameda, CA 94501-4477
    Telephone:   415.747.4750
 9  Facsimile:    415.747-4767

10  GREGORY M. FOX, STATE BAR NO. 70876
    BERTRAND, FOX & ELLIOT
11  The Waterfront Building
    2749 Hyde Street
12  San Francisco, CA 94109
    Telephone:  415.353.0999
13  Facsimile   415.353.0990

14  Attorneys for Defendant/Counterclaimant
    CITY OF ALAMEDA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN DOHERTY,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF ALAMEDA and CITY OF ALAMEDA HOUSING AND BUILDING CODE HEARING AND APPEALS BOARD,<br><br>            Defendants. | Case No. CV09 4961 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
|---|---|

   IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the Case Management Conference currently set by the Court for March 1, 2011 at 10:00 a.m. be continued to Tuesday April  12 2011 at 10:00 a.m.   Good cause exists for this continuance based on the parties continue to engage in the court ordered mediation

process with Mediator Frederick Hertz and the next date for all of the parties to meet is March 1, 2011 which is the current date for the CMC. The parties will continue to keep the court advised of progress in the mediation of the case and if there will be a need for more time for mediation after March 1, 2011 will so advise the court.

SO STIPULATED.

Dated: February 22, 2011                             BERTRAND, FOX & ELLIOT

By:      /s/
      Gregory M. Fox
      Attorneys for Defendant
      CITY OF ALAMEDA

Dated: February 22, 2011        By:      /s/
      Laura Zagaroli
      Attorney for Defendant
      CITY OF ALAMEDA

TUCKER ELLIS & WEST LLP

Dated: February 22 , 2011        By:      /s/
      Lawrence A. Callaghan
       TUCKER ELLIS & WEST LLP
      Specially Appointed Attorneys for Plaintiff
      JOHN DOHERTY for mediation only

ATTORNEY ATTESTATION

I hereby attest that I have been authorized by counsel for plaintiff to efile this stipulation after I read it to him, and his consent is indicated by a conformed signature ("/s/") within this E-filed document.

Dated: February 22 , 2011                             /s/
      Gregory M. Fox

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED: The Case Management Conference is continued to Tuesday ~~April 12~~ April 5, 2011 at 10:00 a.m. A joint statement to be efiled one week before the new CMC date.

Dated: _____February 23, 2011__



IT IS SO ORDERED AS MODIFIED
Judge Elizabeth D. Laporte

_____
Hon. Elizabeth D. Laporte
United States Magistrate Judge

3.
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE