IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DOHERTY,

    Plaintiff,

v.

CITY OF ALAMEDA and CITY OF ALAMEDA HOUSING AND BUILDING CODE HEARING AND APPEALS BOARD,

    Defendants.
                                      /

No. 09-4961-EDL

**ORDER REGARDING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER TO SHOW CAUSE**

      The Court is in receipt of the parties' request to continue the case management conference currently set for April 19, 2011 to September 6, 2011. This Court has previously granted the parties' requests for additional time for mediation, stayed discovery, and vacated the trial date in light of the parties' representations that mediation efforts were progressing successfully and that an additional mediation session would occur by March 1, 2011. The parties now request that the case management conference be continued for an additional six months to allow for an inspection of the property and continued mediation efforts. While the Court is sympathetic to the parties' efforts to keep costs down while attempting to informally resolve the case, the Court is also concerned that this case is not proceeding expeditiously. Therefore, the Court denies the request to continue the case management conference for six months as requested, but will continue the case management conference for two months, until June 21, 2011. If the case is not resolved by that date, the Court will hold the case management conference and set dates for a prompt trial at that time.

      Additionally, as the parties are aware, the Court previously stayed consideration of Plaintiff's former attorney, Lee Grant's, Motion for an Attorney's Lien (Dkt. #47) in light of Plaintiff's Notice of Voluntary Bankruptcy Petition (Dkt. #68). Mr. Grant has recently informed the Court that Plaintiff's bankruptcy petition was dismissed on October 15, 2010. See Dkt No. 88. Therefore,

Plaintiff is Ordered to Show Case within two weeks of the date of this Order why the stay imposed in light of Plaintiff's bankruptcy filing should not be lifted, and Mr. Grant's Motion for an Attorney's Lien should not be returned to the Court's active calendar and heard on the next available hearing date.  The Court has appointed Plaintiff counsel for the limited purpose of assisting him with Court-sponsored mediation, and therefore appointed counsel need not participate in responding to this Order to Show Cause.  Plaintiff is a registered ECF user and should be able to personally explain to the Court in writing, and electronically file, any reasons he believes that the stay should not be lifted and/or the motion should not be heard on short order.

**IT IS SO ORDERED.**

Dated: April 14, 2011

*Elizabeth D. Laporte*

ELIZABETH D. LAPORTE

United States Magistrate Judge