**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DOHERTY,

    Plaintiff,

  v.

CITY OF ALAMEDA and CITY OF ALAMEDA HOUSING AND BUILDING CODE HEARING AND APPEALS BOARD,

    Defendants.
_____/

No. 09-4961-EDL

**ORDER ALLOWING APPEARANCE BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**

The Court hereby notifies the parties that, if they desire, they may appear telephonically at the Further Case management Conference set for June 21, 2011 at 3:00 p.m. If a party choses to appear by telephone, no later than two Court days prior, the party shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance. Counsel, or Plaintiff if appearing *in pro per*, shall stand by beginning at the date and time above until called by the Court. If the Court concludes that the absence of any party is interfering with the conference, the Court may continue the conference and order personal attendance by each party.

**IT IS SO ORDERED.**

Dated: April 21, 2011

                                                   ELIZABETH D. LAPORTE
                                                 United States Magistrate Judge