IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DOHERTY,

    Plaintiff,

  v.

CITY OF ALAMEDA and CITY OF ALAMEDA HOUSING AND BUILDING CODE HEARING AND APPEALS BOARD,

    Defendants.

No. 09-4961-EDL

**ORDER LIFTING STAY AND SETTING HEARING ON MOTION FOR ATTORNEY'S LIEN**

    The Court previously stayed consideration of Plaintiff's former attorney, Lee Grant's, Motion for an Attorney's Lien (Dkt. No. 47) and related motion to seal (Dkt. No. 70) in light of Plaintiff's Notice of Voluntary Bankruptcy Petition (Dkt. No. 68). Mr. Grant recently informed the Court that Plaintiff's bankruptcy petition was dismissed on October 15, 2010. See Dkt No. 88. Plaintiff now admits that there is no reason for the stay. Dkt. No. 93. The Court hereby LIFTS the stay imposed on this portion of the case and will allow the motion to proceed.

    However, Plaintiff contends that a hearing on the attorney's lien motion should be delayed because it is not time-sensitive and no party will be disadvantaged by a delay, and the hearing should take place after mediation between the parties to this litigation so as not to distract Plaintiff from his focus on mediation. Id. None of these arguments are persuasive. Mr. Grant's motion was filed on May 2, 2010, approximately one year ago, and the motion has been fully briefed since June 25, 2010. Mr. Grant is entitled to a prompt resolution of his request for an attorney's lien, and because the motion is fully briefed the Court does not foresee Plaintiff needing to expend any significant effort beyond attending the motion hearing, if one is held, and arguing his position.

    It is hereby Ordered that Plaintiff, Defendants, and Mr. Grant are each permitted, but not required, to file one brief of no more than four pages each setting forth their current position regarding Mr. Grant's attorney's lien motion. Such briefs shall be filed within ten days of the date

of this Order. A hearing on the motion shall be held on May 31, 2011 at 9:00 a.m. If the Court determines that no hearing is required, it will so notify the parties and Mr. Grant.

**IT IS SO ORDERED.**

Dated: May _4_, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge