IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DOHERTY,

    Plaintiff,

v.

CITY OF ALAMEDA and CITY OF ALAMEDA HOUSING AND BUILDING CODE HEARING AND APPEALS BOARD,

    Defendants.
                                 /

No. 09-4961-EDL

**ORDER CONTINUING HEARING ON MOTION FOR ATTORNEY'S LIEN** AND ALLOWING MR. GRANT UNTIL MAY 31, 2011 TO FILE

On May 4, 2011, this Court issued an Order lifting the stay imposed on the portion of the case relating to Plaintiff's former attorney Lee Grant's motion for an attorney's lien, allowing the parties and Mr. Grant until May 14 to brief of no more than four pages setting forth their current position regarding Mr. Grant's attorney's lien motion, and setting a hearing for May 31, 2011 at 9:00 a.m.

The Court has recently discovered that Mr. Grant was not timely served with the May 4, 2011 Order and may not have received notice of his right to file a brief or the upcoming hearing date. Therefore, the Court will allow Mr. Grant until May 31, 2011 to file a brief of no more than four pages setting forth his current position regarding his attorney's lien motion, though he need not file anything. A hearing on the motion will be held on June 9, 2011 at 2:00 p.m.

Defendants may, but need not, attend the hearing. Given his location in Southern California, Mr. Grant may appear telephonically at the hearing. If he choses to appear by telephone, no later than two Court days prior, Mr. Grant shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for his appearance. Counsel shall stand by beginning at the date and time above until called by the Court. If the Court concludes that the absence of any party or Mr. Grant is interfering with the conference, the Court may continue the conference and order personal attendance by each party and/or Mr. Grant. If the Court determines

that no hearing is required for it to decide the motion, it will so notify the parties and Mr. Grant.

**IT IS SO ORDERED.**

Dated: May _19_, 2011

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge