TUCKER ELLIS & WEST LLP
LAWRENCE A. CALLAGHAN – SBN 53258
135 Main Street, Suite 700
San Francisco, CA 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409

Attorneys for Plaintiff
JOHN DOHERTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOHERTY<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ALAMEDA and CITY OF ALAMEDA HOUSING AND BUILDING CODE HEARING AND APPEALS BOARD<br><br>Defendant. | Case No. CV09 4961 EDL<br><br>**DECLARATION OF LAWRENCE A. CALLAGHAN RE NON-APPEARANCE AT COURT HEARING SCHEDULED FOR JUNE 9, 2011 AT 2:00 P.M.**<br><br>Date: June 9, 2011<br>Time: 2:00 p.m.<br>Judge: Magistrate Judge<br>Elizabeth D. Laporte |

I, Lawrence A. Callaghan hereby declare and state that:

1. I am an attorney licensed to practice law in the State of California and before the Bar of this Court. I am the appointed counsel for John Doherty with respect to completing a Northern District of California Local Rule Mediation, and matters related directly thereto.

2. The Motion for Attorney's Lien, filed by Lee Grant, Esq., is scheduled to be heard before the court at 2:00 p.m. June 9, 2011.

3. Declarant is uncertain whether he is required to appear at the hearing. If he is required to appear, Declarant has a conflict. On June 9, Declarant is scheduled for a medical nuclear imaging examination/test. With the various preliminaries and likely need for a post-examination discussion, it is doubtful that Declarant would be available for a 2:00 p.m. hearing that same day.

4. There is no other attorney at Tucker Ellis & West that is familiar in any way with this case.

DECLARATION OF LAWRENCE A. CALLAGHAN RE NON-APPEARANCE
CV09 4961

imanage\053912.000065\1268396.1

5. Declarant further believes that nothing has occurred that would invalidate the court's language at 2:4-6 of its April 14, 2011 Order.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed that 8th day of June, 2011, at San Francisco California.

_____
Lawrence A. Callaghan
Specially Appointed Attorney for Plaintiff
JOHN DOHERTY for Mediation Only

TUCKER ELLIS & WEST LLP
Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco