IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DOHERTY,

    Plaintiff,

v.

CITY OF ALAMEDA and CITY OF ALAMEDA HOUSING AND BUILDING CODE HEARING AND APPEALS BOARD,

    Defendants.

No. 09-4961-EDL

**ORDER EXCUSING APPOINTED COUNSEL FROM APPEARING AT HEARING ON JUNE 9, 2011**

    Plaintiff's appointed counsel, Mr. Lawrence A. Callaghan, was specially appointed for the sole purpose of assisting Mr. Doherty at a court-sponsored mediation. Mr. Callaghan is therefore excused from attending the hearing on Plaintiff's former attorney's motion for an attorney's lien on June 9, 2011. Going forward, Mr. Callaghan is not required to make any Court appearances or provide assistance to Mr. Doherty other than as it relates to the ongoing mediation of this matter.

**IT IS SO ORDERED.**

Dated: June _8_, 2011

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge