IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DOHERTY,

    Plaintiff,

v.

CITY OF ALAMEDA and CITY OF ALAMEDA HOUSING AND BUILDING CODE HEARING AND APPEALS BOARD,

    Defendants.
                                   /

No. 09-4961-EDL

**ORDER REMOVING DKT. NO. 98 FROM PUBLIC DOCKET; STRIKING PORTION OF BRIEF; GRANTING REQUEST TO SEAL REMAINDER OF BRIEF**

    In connection with Plaintiff's former attorney, Lee Grant's, Motion for an Attorney's Lien, Mr. Grant has filed a document entitled "Motion to File Under Seal Supplement to Motion For Attorney's Lien; Declaration of Lee Grant, Esq. in Support Thereof." Dkt. No. 98. This document was prematurely filed on the public docket without the Court having ruled on the sealing request and shall be immediately REMOVED from the public docket.

    Further, the document in question is in direct violation of Local ADR Rule 6-12 regarding the confidentiality of discussions that occur during Mediation sessions, and the Court hereby Orders the portion of the document referencing discussion that took place during the mediation session (page 4, lines 9-15) STRICKEN. This reference shall be redacted before the document is placed in any Court file. The inappropriate reference has not and will not be considered by this Court. Counsel is admonished for including this confidential information in a court filing, even one he intended to be filed under seal.

    The Court finds that there is good cause for filing the remainder of the document (excluding the stricken portion, which shall not be filed in any manner) under seal, and hereby GRANTS IN PART

1 the sealing request. Counsel shall strictly comply with the filing requirements of Local Rule 79-5 in
2 filing the document under seal.

4 **IT IS SO ORDERED.**

6 Dated: June 8, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge