UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**ELIZABETH D. LAPORTE**                                    Date: June 21, 2011
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**     C-09-04961 EDL

**Title:**       JOHN DOHERTY v. CITY OF ALAMEDA, et al

**Attorneys:**   Plaintiff: Lawrence Callaghan     Defendant: Laura Zagaroli (phone)
                 John Doherty

**Deputy Clerk:**   Lili M. Harrell     **FTR Digital Recording:** 3:23pm-3:42pm
                                        (Time: 19 min )

**PROCEEDINGS:**                                            **RULINGS:**

Case Management Conference                                   Held


**ORDERED AFTER HEARING:**
  - Mediation shall occur 8/23/2011
  - Fact discovery shall be completed by 9/20/2011
  - Dispositive motion shall be filed 9/23/2011
  - Hearing set for 10/18/2011 at 09:00am


**ORDER TO BE PREPARED BY:**  [ ]  Plaintiff  [ ]  Defendant  [ ]  Court

**Case Continued to:**

Notes:



cc: