1  TUCKER ELLIS & WEST LLP
   Lawrence Callaghan SBN 053258
2  135 Main Street, Suite 700
   San Francisco, CA 94105
3  Telephone:       415.617.2400
   Facsimile:       415.617.2409
4
   Attorneys for Plaintiff
5  JOHN DOHERTY

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8  JOHN DOHERTY,                        ) Case No. 3:09-cv-04961
                                         )
9               Plaintiff,               ) [PROPOSED] ORDER RELIEVING
                                         ) LAWRENCE A. CALLAGHAN, ESQ. AND
10        v.                             ) TUCKER ELLIS & WEST LLP OF THEIR
                                         ) OBLIGATIONS AS PRO BONO
11 CITY OF ALAMEDA AND CITY OF           ) MEDIATION COUNSEL FOR MR. JOHN
   ALAMEDA HOUSING AND BUILDING CODE     ) DOHERTY
12 HEARTING AND APPEALS BOARD,           )
                                         )
13              Defendant.               )
                                         )
14 _____      )

15           **TO THE PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

16       Tucker Ellis & West LLP (TEW) and Lawrence A. Callaghan Esq. hereby submit a Proposed

17 Order relieving TEW and Lawrence A. Callaghan of their duties and obligations as Mediation Counsel

18 to Mr. John Doherty, Plaintiff in this action.

19                          **[PROPOSED] ORDER**

20       On July 21, 2010, Tucker Ellis & West LLP and Lawrence A. Callaghan, at the request of the

21 Northern District of California Pro Bono Project, agreed to represent Mr. John Doherty, on a limited

22 basis, in preparing for and participating in a Court-sanctioned Mediation in the case of *John Doherty v.*

23 *City of Alameda and City of Alameda Housing and Building Code Hearing and Appeals Board.*

24       On September 14, 2011, Frederick Hertz, Esq., the Mediator, agreed to by the parties, informed

25 the Court that, notwithstanding the Mediation, the parties were not able to reach a settlement and that

26 further related discussions "are not expected." [Certification of ADR Session, filed September 14,

27 2011].

28       Following this Notice, the Court issued an ORDER GRANTING STIPULATED

ADMINISTRATIVE MOTION OF THE PARTIES [AS MODIFIED] setting dates for a Further Case

TUCKER ELLIS & WEST LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

1   Management Conference, Fact Discovery Cutoff, the filing of Dispositive Motions and for Mr. John

2   Doherty to obtain new counsel, or to inform the Court that he will proceed pro se.

3       Lawrence A. Callaghan and Tucker Ellis & West are relieved of their obligations as Pro Bono

4   Mediation Counsel for Mr. John Doherty.

5

6       **IT IS SO ORDERED.**

7

8   DATE:  September 22, 2011

                                          _Elizabeth D. Laporte_

9                                      ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

TUCKER ELLIS & WEST LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

ORDER RELIEVING CALLAGHAN AND TEW AS PRO BONO COUNSEL

Imanage\1327315.1.053912.000065