IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOHERTY,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF ALAMEDA AND CITY OF ALAMEDA HOUSING AND BUILDING CODE HEARING AND APPEALS BOARD,<br><br>        Defendants.<br>_____<br>CITY OF ALAMEDA,<br><br>        Counterclaimant,<br>  vs.<br><br>JOHN DOHERTY and DOES 1-15, inclusive,<br><br>        Counterclaim-defendants.<br>_____ | No. C -09-04961 EDL<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

The parties are hereby notified that the Case Management Conference set for October 18, 2011 is hereby VACATED. All parties, regardless of whether or not they are represented by counsel, shall strictly abide by the deadlines set in the Court's September 19, 2011 Order. Further, Plaintiff has indicated that he plans to amend his complaint to include a claim for "illegal recordation of Defendants Notice and Orders clouding his property title." Dkt. No. 113. Plaintiff must follow the proper procedure

for seeking leave to amend his complaint, which will not necessarily be granted at this late date.

**IT IS SO ORDERED.**

Dated: October 12, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge