Raymond E. Loughrey (SBN 194363)
THE LAW OFFICES OF RAYMOND E. LOUGHREY
101 California Street, Suite 2450
San Francisco, CA 94111
Tel: (415) 334-4400
Fax: (415) 366-3333

Attorneys for Plaintiff and Counterclaim Defendant
JOHN DOHERTY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOHERTY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ALAMEDA AND CITY OF ALAMEDA HOUSING AND BUILDING CODE HEARING AND APPEALS BOARD,<br><br>Defendants.<br>———<br>CITY OF ALAMEDA,<br><br>Counterclaimant,<br><br>v.<br><br>JOHN DOHERTY and DOES 1-15, inclusive,<br><br>Counterclaim-defendants. | Case No. CV09 4961 EDL<br><br>**NOTICE OF APPEARANCE** |

The attorney identified below enters his appearance in this matter as counsel of record for plaintiff and counterclaim-defendant JOHN DOHERTY, and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of plaintiff and counterclaim-defendant JOHN DOHERTY:

Raymond E. Loughrey
Law Offices of Raymond E. Loughrey
101 California Street, Suite 2450
San Francisco, CA 94111
Tel: (415) 334-4400
Fax: (415) 366-3333
E-mail: ray@loughreylaw.com

DATED: October 31, 2011

By_________________/s/_______________________
Raymond E. Loughrey

THE LAW OFFICES OF RAYMOND E. LOUGHREY
101 California Street, Suite 2450
San Francisco, CA 94111
Tel: (415 334-4400
Fax: (415) 366-3333