Raymond E. Loughrey (SBN 194363)
THE LAW OFFICES OF RAYMOND E. LOUGHREY
101 California Street, Suite 2450
San Francisco, CA 94111
Tel: (415) 334-4400
Fax: (415) 366-3333

Attorneys for Plaintiff and Counterclaim Defendant
JOHN DOHERTY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOHERTY,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF ALAMEDA AND CITY OF ALAMEDA HOUSING AND BUILDING CODE HEARING AND APPEALS BOARD,<br><br>        Defendants.<br><br>CITY OF ALAMEDA,<br><br>        Counterclaimant,<br><br>    v.<br><br>JOHN DOHERTY and DOES 1-15, inclusive,<br><br>        Counterclaim-defendants. | Case No. CV09 4961 EDL<br><br>**DECLARATION OF RAYMOND E. LOUGHREY IN SUPPORT OF JOINT STIPULATION FOR AN ORDER TO CONTINUE DISCOVERY CUT-OFF AND RELATED DEADLINES** |

I, RAYMOND E. LOUGHREY, declare as follows:

1. I am duly admitted to practice law in the State of California, including in this Court. My firm, the Law Offices of Raymond E. Loughrey, is attorney of record for plaintiff and counterclaim-defendant JOHN DOHERTY ("Plaintiff"). I make this Declaration pursuant to Civil Local Rules 6-2 and 7-12 in support of the parties' Joint Stipulation for an Order to Continue

DECLARATION OF RAYMOND E. LOUGHREY IN SUPPORT OF JOINT STIPULATION TO CONTINUE FACT DISCOVERY CUT-OFF DATE AND RELATED DEADLINES
Case No. CV09 4961 EDL

1

Printed on Recycled Paper

Discovery Cut-off and Related Deadlines. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would competently testify thereto.

2. On September 19, 2011, the Court issued an Order Granting Stipulated Administrative Motion of the Parties (Docket No. 109) in which the Court (1) set a Further Case Management Conference for October 18, 2011; (2) granted Plaintiff 30 days to obtain counsel; (3) set the fact discovery cut-off date for January 20, 2012; (4) set the deadline for dispositive motions for January 31, 2012 with a hearing date of March 6, 2012; and (5) left open a trial date, expert disclosure deadlines, and all other matters following the Court's decision on dispositive motions.

3. On October 12, 2011, the Court issued an Order (Docket No. 114) vacating the Case Management Conference set for October 18, 2011, and ordered that the parties abide by the deadlines set in the Court's September 29, 2011 Order.

4. On or about October 31, 2011, Plaintiff retained my office to represent him in this matter. I filed a Notice of Appearance on October 31, 2011 (Docket No. 115).

5. Since the time I was retained, I have worked diligently to bring myself up to speed on this case, which has been pending for several years in both State and Federal courts, and to understand the relevant legal and factual issues.

6. Counsel for the parties have worked together to move this case forward. They have engaged in telephonic meetings, and have cooperated in ensuring that written discovery proceeds smoothly. To that end, Plaintiff already responded to Defendant's First Set of Interrogatories and First Request for Production of Documents on January 6, 2012 and January 10, 2012, respectively. Defendants will be responding to Plaintiff's First Set of Interrogatories and First Request for Production of Documents by January 20, 2012.

7. Counsel for the parties also have cooperated in scheduling the deposition of Plaintiff, currently set for January 18, 2012. However, due to my recent retention and because Defendants will not be responding to Plaintiff's discovery demands until January 20, 2012, I have not yet been able to schedule any depositions of key witnesses. Evaluating the case and the themes

DECLARATION OF RAYMOND E. LOUGHREY IN SUPPORT OF JOINT STIPULATION TO CONTINUE FACT DISCOVERY CUT-OFF DATE AND RELATED DEADLINES
Case No. CV09 4961 EDL

2

Printed on Recycled Paper

of litigation cannot be adequately completed within the information from these depositions. As such, an extension of time is necessary for Plaintiff to effectively prepare his case.

8. The parties are mindful of and certainly respect the Court's prior order regarding discovery and related deadlines, and have met and conferred about scheduling. The parties believe continuing the discovery cut-off and related deadlines is necessary for effective preparation of trial. This continuation of the discovery cut-off and related deadlines will not affect the trial date, as none has been set.

9. I attest that I have obtained the concurrence in the filing of the accompanying Joint Stipulation from Gregory M. Fox, Esq. and Laura E. Zagaroli, Esq., counsel for defendant and counterclaimant CITY OF ALAMEDA.

10. Based on the foregoing, the parties respectfully request that this Court continue the fact discovery cut-off date from January 20, 2012 to March 20, 2012, and the dispositive motion deadline from January 31, 2012 to March 30, 2012.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 13th day of January 2012, at San Francisco, California.

                                                          /s/  
                                                   Raymond E. Loughrey