1  Raymond E. Loughrey (SBN 194363)
   THE LAW OFFICES OF RAYMOND E. LOUGHREY
2  101 California Street, Suite 2450
   San Francisco, CA 94111
3  Tel: (415) 334-4400
   Fax: (415) 366-3333
4
5  Attorneys for Plaintiff and Counterclaim Defendant
   JOHN DOHERTY
6
7
8                     UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA
10
11 JOHN DOHERTY,                         Case No. CV09 4961 EDL
                                         ORDER ON
12              Plaintiff,               JOINT STIPULATION FOR AN
                                         ORDER TO CONTINUE DISCOVERY
13     v.                                CUT-OFF AND RELATED
                                         DEADLINES
14 CITY OF ALAMEDA AND CITY OF
   ALAMEDA HOUSING AND BUILDING
15 CODE HEARING AND APPEALS BOARD,
16              Defendants.
17
   CITY OF ALAMEDA,
18
                Counterclaimant,
19
       v.
20
   JOHN DOHERTY and DOES 1-15, inclusive,
21
                Counterclaim-defendants.
22

23     IT IS HEREBY STIULATED by and between plaintiff JOHN DOHERTY ("Plaintiff")

24 and defendants CITY OF ALAMEDA and CITY OF ALAMEDA HOUSING AND BUILDING

25 CODE HEARING AND APPEALS BOARD ("Defendants"), by and through their attorneys of

26 record, pursuant to Civil Local Rules 6-2 and 7-12, that the parties request that the Court continue

27 the discovery cut-off date and related deadlines based on the following:

28

1.     On September 19, 2011, the Court issued an Order Granting Stipulated Administrative Motion of the Parties (Docket No. 109) in which the Court (1) set a Further Case Management Conference for October 18, 2011; (2) granted Plaintiff 30 days to obtain counsel; (3) set the fact discovery cut-off date for January 20, 2012; (4) set the deadline for dispositive motions for January 31, 2012 with a hearing date of March 6, 2012; and (5) left open a trial date, expert disclosure deadlines, and all other matters following the Court's decision on dispositive motions. (Loughrey Decl., ¶ 2.)

2.     On October 12, 2011, the Court issued an Order (Docket No. 114) vacating the Case Management Conference set for October 18, 2011, and ordered that the parties abide by the deadlines set in the Court's September 29, 2011 Order. (Loughrey Decl., ¶ 3.)

3.     On or about October 31, 2011, Plaintiff retained counsel, the Law Offices of Raymond E. Loughrey, to represent him in this matter. Attorney Loughrey filed a Notice of Appearance on October 31, 2011 (Docket No. 115). (Loughrey Decl., ¶ 4.)

4.     Since that time, Plaintiff's counsel has worked diligently to bring himself up to speed on this case, which has been pending for several years in both State and Federal courts, and to understand the relevant legal and factual issues. (Loughrey Decl., ¶ 5.)

5.     Counsel for the parties have worked together to move this case forward. They have engaged in telephonic meetings, and have cooperated in ensuring that written discovery proceeds smoothly. To that end, Plaintiff already responded to Defendant's First Set of Interrogatories and First Request for Production of Documents on January 6, 2012 and January 10, 2012, respectively. Defendants will be responding to Plaintiff's First Set of Interrogatories and First Request for Production of Documents by January 20, 2012. (Loughrey Decl., ¶ 6.)

6.     Counsel for the parties also have cooperated in scheduling the deposition of Plaintiff, currently set for January 18, 2012. However, due to his recent retention and because Defendants will not be responding to Plaintiff's discovery demands until January 20, 2012, Plaintiff has not yet been able to schedule any depositions of key witnesses. Evaluating the case and the themes of litigation cannot be adequately completed within the information from these

1 | depositions.  As such, an extension of time is necessary for Plaintiff to effectively prepare his case.
2 | (Loughrey Decl., ¶ 7.)

3 |       7.    The parties are mindful of and certainly respect the Court's prior order regarding
4 | discovery and related deadlines, and have met and conferred about scheduling.  The parties believe
5 | continuing the discovery cut-off and related deadlines is necessary for effective preparation of
6 | trial.  This continuation of the discovery cut-off and related deadlines will not affect the trial date,
7 | as none has been set.  (Loughrey Decl., ¶ 8.)

8 |       8.    Pursuant to Rule 16(b)(4), good cause exists for the Court to modify its September
9 | 19, 2011 Order and continue the fact discovery cut-off and related deadlines.

10 |       9.    Based on the foregoing, the parties respectfully request that this Court continue the
11 | fact discovery cut-off date from January 20, 2012 to March 20, 2012, and the dispositive motion
12 | deadline from January 31, 2012 to March 30, 2012.

DATED:  January 12, 2012

By_____/s/_____
             Raymond E. Loughrey

THE LAW OFFICES OF RAYMOND E. LOUGHREY
Attorneys for Plaintiff/Counterclaim Defendant
JOHN DOHERTY

DATED:  January 12, 2012

By_____/s/_____
             Gregory M. Fox

BERTRAND, FOX & ELLIOTT
Attorneys for Defendant/Counterclaimant
CITY OF ALAMEDA

DATED:  January 12, 2012

By_____/s/_____
             Laura E. Zagaroli

OFFICE OF THE CITY ATTORNEY, CITY OF ALAMEDA
Attorneys for Defendant/Counterclaimant
CITY OF ALAMEDA

1  PURSUANT TO STIPULATION, IT IS SO ORDERED. IT IS FURTHER ORDERED that the
2  hearing on dispositive motions will be held on April 17, 2012 at 9:00 a.m.
3
4  Dated: January __17____, 2012                    _____
                                                    ELIZABETH D. LAPORTE
5                                                   United States Magistrate Judge