United States District Court
For the Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA

JOHN DOHERTY,
6                                                                     No. C- 09-04961 EDL
         Plaintiff(s),
7
      v.                                                              CLERK'S NOTICE
8
CITY OF ALAMEDA ,
9
         Defendant(s).
10 _____/

11 TO ALL PARTIES AND COUNSEL OF RECORD:
12
13 YOU ARE NOTIFIED THAT the Motion for Summary Judgment Hearing before Magistrate Judge
14 Laporte previously scheduled for April 17, 2012 at 9:00 a.m. has been reset to **May 8, 2012** at **9:00 a.m.**
15 Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The briefing deadlines
16 shall remain unchanged.
17
18
19 Dated: February 21, 2012

                                                                      FOR THE COURT,
20                                                                    Richard W. Wieking, Clerk

21                                                                    by: _____
22                                                                         Kristen Seib
                                                                           Deputy Clerk
23
24
25
26
27
28