# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**ELIZABETH D. LAPORTE**　　　　　　　　　　　　　　**Date: May 29, 2012**
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**　　**C-09-04961**EDL

**Title:**　　JOHN DOHERTY v. CITY OF ALAMEDA

**Attorneys:**　　PLTF: Raymond E. Loughrey　　　　DEF: Gregory M. Fox

**Deputy Clerk:**　　Kristen Seib

**Court Reporter:**　　Sahar Bartlett　　**Tape No.** 9:18- 9:34
　　　　　　　　　　　　　　　　　　　　　(Time: 16 mins   )

**PROCEEDINGS:**　　　　　　　　　　　　　　　　**RULINGS:**

Motion for Summary Judgment filed by City of Alameda　　　Submitted

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY:** [ ] Plaintiff  [ ] Defendant  [X] Court

**Case Continued to:**

Notes:

cc: