Raymond E. Loughrey (SBN 194363)
THE LAW OFFICES OF RAYMOND E. LOUGHREY
1 Sansome Street, Suite 3500
San Francisco, CA  94104
Tel:  (415) 334-4400
Fax: (415) 366-3333

Attorneys for Plaintiff and Counterclaim Defendant
JOHN DOHERTY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOHERTY,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY OF ALAMEDA AND CITY OF ALAMEDA HOUSING AND BUILDING CODE HEARING AND APPEALS BOARD,<br><br>            Defendants.<br><br>CITY OF ALAMEDA,<br><br>            Counterclaimant,<br><br>      v.<br><br>JOHN DOHERTY and DOES 1-15, inclusive,<br><br>            Counterclaim-defendants. | Case No.  CV09 4961 EDL<br><br>**PLAINTIFF'S UPDATED STATUS REPORT** |

Plaintiff JOHN DOHERTY ("Mr. Doherty") submits this updated status report pursuant to the Clerk's Notice of Status Conference dated May 21, 2013 as follows:

1.   Mr. Doherty died on April 5, 2013.  His niece, Deanna Doherty, is the sole beneficiary under the John Michael Doherty Revocable Trust.

2.   On or about January 11, 2013, Mr. Doherty sold the property located at 1617 Central Avenue in Alameda, California (the "Property") to Mint Condition Homes, LLC.  Mila

Zelkha is the Principal and sole shareholder of Mint Condition Homes, an urban re-development company that specializes in distressed properties.  Mint Condition Homes received the Oakland Heritage Alliance's "Partners in Preservation Award" four times (2010, 2011, 2012 and 2013), was named Build It Green's "Green Building Champion of 2010", and received a Resolution of Recognition from the Oakland City Council in 2011.

3. Counsel is informed that Ms. Zelkha is a trained architect and a California Licensed Building Contractor (license # 974416).  Her other designations include Associate AIA, Certified Green Building Professional (CGBP), BPI Certified Building Analyst Professional, and EPA Certified Renovator (RRP Lead Safe Program).  She is the Responsible Managing Officer of Wrecking Belle, Inc., a residential construction company serving the San Francisco Bay Area.

4. Counsel is informed that, contrary to the statements of the City's outside counsel, Ms. Zelkha has been working diligently to bring the Property into code compliance and has periodically communicated with City officials, including Greg McFann (Building Official), John Russo (City Manager), Janet Kern (City Attorney), and Alan Cohen (Assistant City Attorney). Since acquiring the Property, Ms. Zelkha has, among other things:

- Installed a temporary construction fence at the front of the Property to secure the site;
- Invested over $9,000 in tree service work to clear the Property of invasive acacia trees;
- Invested over $14,000 to haul trash and debris from the interior and exterior of the Property;
- Installed a new wood fence along the northwest perimeter of the Property;
- Pulled three initial permits for sewer lateral replacement, roof repair, and gas valve;
- Had the Property inspected by Ken Jeffrey, City fire inspector, to advise on specifications needed for a sprinkler system;
- Had Thomas Means, City building inspector, inspect the sewer lateral to determine the scope of that portion of the project;
- Obtained stamped engineered drawings for the replacement of the foundation from Dan Szumski, P.E.;

- Worked with California licensed architect JaWen Hernandez (license #C31149) to generate the stamped drawings; and

- Secured course of construction insurance.

5. On June 4, 2013, Ms. Zelkha provided architectural drawings for the Property to Building Official Greg McFann, and anticipates formally submitting the drawings to the Building Department together with a permit application on June 5, 2013. She is still waiting for the sprinkler system plan on the Reflected Ceiling Plan to be provided by Aqua Sense, and will be completing Title 24 calculations and gas calcs/mechanical and electrical drawings in the near future.

6. While Ms. Zelkha notified the City Attorney's Office of her intent to start rehabilitation/abatement of the Property this spring, she also made it clear that she intended to make all necessary preparations (drawings for permits, construction financing, etc.) in a reasonable but not hasty time frame due to the scope of the work she anticipated. Ms. Zelkha has been diligent in doing exactly that. Because she has taken great steps in moving ahead well-within the six-month stay previously granted by this Court, the City's Motion for Appointment of a Receiver is premature and unwarranted.

DATED: June 4, 2013

By_____/s/_____
Raymond E. Loughrey