Raymond E. Loughrey (SBN 194363)
THE LAW OFFICES OF RAYMOND E. LOUGHREY
1 Sansome Street, Suite 3500
San Francisco, CA 94104
Tel: (415) 334-4400
Fax: (415) 366-3333

Attorneys for Plaintiff and Counterclaim Defendant
JOHN DOHERTY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOHERTY,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF ALAMEDA AND CITY OF ALAMEDA HOUSING AND BUILDING CODE HEARING AND APPEALS BOARD,<br><br>    Defendants.<br><br>CITY OF ALAMEDA,<br><br>    Counterclaimant,<br><br>    v.<br><br>JOHN DOHERTY and DOES 1-15, inclusive,<br><br>    Counterclaim-defendants. | Case No.  CV09 4961 EDL<br><br>**PLAINTIFF'S STATEMENT PURSUANT TO F.R.C.P. 25(a)** |

   Counsel for plaintiff and counterclaim-defendant JOHN DOHERTY ("Mr. Doherty") submits this statement pursuant to Fed. R. Civ. Proc. 25(a) to notify the Court and all parties that Mr. Doherty died on April 5, 2013.  Mr. Doherty's niece, Deanna Doherty, is the sole beneficiary under the John Michael Doherty Revocable Trust.

DATED: June 4, 2013

By_____/s/_____
        Raymond E. Loughrey