Raymond E. Loughrey (SBN 194363)
THE LAW OFFICES OF RAYMOND E. LOUGHREY
1 Sansome Street, Suite 3500
San Francisco, CA  94104
Tel:  (415) 334-4400
Fax: (415) 366-3333

Attorneys for Plaintiff and Counterclaim Defendant
JOHN DOHERTY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOHERTY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF ALAMEDA AND CITY OF ALAMEDA HOUSING AND BUILDING CODE HEARING AND APPEALS BOARD,<br><br>　　　　　　Defendants.<br>_____<br>CITY OF ALAMEDA,<br><br>　　　　　　Counterclaimant,<br><br>　　v.<br><br>JOHN DOHERTY and DOES 1-15, inclusive,<br><br>　　　　　　Counterclaim-defendants. | Case No.  CV09 4961 EDL<br><br>**PLAINTIFF'S STATUS REPORT**<br><br>**Status Conference:** June 25, 2023<br>**Time:** 10:00 a.m.<br>**Courtroom:** E, 15th Floor |

　　　　Plaintiff, the ESTATE OF JOHN DOHERTY, submits this status report pursuant to the Clerk's Notice of Rescheduling Status Conference dated June 5, 2013 as follows:

　　　　1.　　John Doherty died on April 5, 2013.

　　　　2.　　On or about January 11, 2013, Mr. Doherty sold the property located at 1617 Central Avenue in Alameda, California (the "Property") to Mint Condition Homes, LLC.  Mila

Zelkha is the Principal and sole shareholder of Mint Condition Homes, an urban re-development company that specializes in distressed properties.

       3.     Counsel is informed that Ms. Zelkha is a trained architect and a California Licensed Building Contractor (license # 974416).  Her other designations include Associate AIA, Certified Green Building Professional (CGBP), BPI Certified Building Analyst Professional, and EPA Certified Renovator (RRP Lead Safe Program).  She is the Responsible Managing Officer of Wrecking Belle, Inc., a residential construction company serving the San Francisco Bay Area.

       4.     Counsel is informed that Ms. Zelkha has been working diligently to bring the Property into code compliance and has periodically communicated with City officials, including Greg McFann (Building Official), John Russo (City Manager), Janet Kern (City Attorney), and Alan Cohen (Assistant City Attorney).  Since acquiring the Property, Ms. Zelkha has, among other things:

- Installed a temporary construction fence at the front of the Property to secure the site;
- Invested over $9,000 in tree service work to clear the Property of invasive acacia trees;
- Invested over $14,000 to haul trash and debris from the interior and exterior of the Property;
- Installed a new wood fence along the northwest perimeter of the Property;
- Pulled three initial permits for sewer lateral replacement, roof repair, and gas valve;
- Had the Property inspected by Ken Jeffrey, City fire inspector, to advise on specifications needed for a sprinkler system;
- Had Thomas Means, City building inspector, inspect the sewer lateral to determine the scope of that portion of the project;
- Obtained stamped engineered drawings for the replacement of the foundation from Dan Szumski, P.E.;
- Worked with California licensed architect JaWen Hernandez (license #C31149) to generate the stamped drawings; and
- Secured course of construction insurance.

5. Counsel is informed that on June 5, 2013, Ms. Zelkha formally submitted architectural drawings to the Building Department together with permit applications. She paid $7,500 towards plan check and abatement fees. Applications for twelve permits were submitted, one for each proposed unit in the main building, the foundation, plus general site improvements including a community laundry.

6. Counsel is informed that Code Enforcement Officer Michael Meyers told Ms. Zelkha that as of June 13, 2013, Ms. Zelkha's drawing package had not yet been reviewed by the plan checker and most likely would not be reviewed for at least seven to ten days due to the number of projects in the queue.

7. Counsel is informed that Ms. Zelkha has prepared supplemental information including a Title 24 Report and sprinkler system plan and intends to deliver these to the City of Alameda by June 20th to add to her submitted drawing set that is waiting in queue for plan check.

6. Ms. Zelkha is moving ahead with the rehabilitation of the Property, and is doing so expeditiously and well-within the six-month stay previously granted by this Court. Therefore, any motion for the appointment of a receiver would be premature and unwarranted.

DATED: June 18, 2013

By_____/s/_____
　　　　　　　　Raymond E. Loughrey