Raymond E. Loughrey (SBN 194363)
THE LAW OFFICES OF RAYMOND E. LOUGHREY
1 Sansome Street, Suite 3500
San Francisco, CA  94104
Tel:  (415) 334-4400
Fax: (415) 366-3333

Attorneys for Plaintiff and Counterclaim Defendant
JOHN DOHERTY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOHERTY,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF ALAMEDA AND CITY OF ALAMEDA HOUSING AND BUILDING CODE HEARING AND APPEALS BOARD,<br><br>        Defendants.<br><br>CITY OF ALAMEDA,<br><br>        Counterclaimant,<br><br>    v.<br><br>JOHN DOHERTY and DOES 1-15, inclusive,<br><br>        Counterclaim-defendants. | Case No.  CV09 4961 EDL<br><br>**PLAINTIFF'S STATUS REPORT**<br><br>**Status Conference:** August 13, 2013<br>**Time:** 10:00 a.m.<br>**Courtroom:** E, 15th Floor |

      Plaintiff, the ESTATE OF JOHN DOHERTY, submits this status report pursuant to the Clerk's Notice of Rescheduling Status Conference dated June 19, 2013 as follows:

      1.    John Doherty died on April 5, 2013.

      2.    On or about January 11, 2013, Mr. Doherty sold the property located at 1617 Central Avenue in Alameda, California (the "Property") to Mint Condition Homes, LLC.  Mila

Zelkha is the Principal and sole shareholder of Mint Condition Homes, an urban re-development company that specializes in distressed properties.

3. Counsel is informed that Ms. Zelkha is a trained architect and a California Licensed Building Contractor (license # 974416). Her other designations include Associate AIA, Certified Green Building Professional (CGBP), BPI Certified Building Analyst Professional, and EPA Certified Renovator (RRP Lead Safe Program). She is the Responsible Managing Officer of Wrecking Belle, Inc., a residential construction company serving the San Francisco Bay Area.

4. Counsel is informed that Ms. Zelkha has been working diligently to bring the Property into code compliance and has periodically communicated with City officials, including Greg McFann (Building Official), John Russo (City Manager), Janet Kern (City Attorney), and Alan Cohen (Assistant City Attorney). Since acquiring the Property, Ms. Zelkha has, among other things:

- Installed a temporary construction fence at the front of the Property to secure the site;
- Invested over $9,000 in tree service work to clear the Property of invasive acacia trees;
- Invested over $14,000 to haul trash and debris from the interior and exterior of the Property;
- Installed a new wood fence along the northwest perimeter of the Property;
- Pulled three initial permits for sewer lateral replacement, roof repair, and gas valve;
- Had the Property inspected by Ken Jeffrey, City fire inspector, to advise on specifications needed for a sprinkler system;
- Had Thomas Means, City building inspector, inspect the sewer lateral to determine the scope of that portion of the project;
- Obtained stamped engineered drawings for the replacement of the foundation from Dan Szumski, P.E.;
- Worked with California licensed architect JaWen Hernandez (license #C31149) to generate the stamped drawings; and
- Secured course of construction insurance.

5. Counsel is informed that on June 5, 2013, Ms. Zelkha formally submitted architectural drawings to the Building Department together with permit applications. She paid $7,500 towards plan check and abatement fees. Applications for twelve permits were submitted, one for each proposed unit in the main building, the foundation, plus general site improvements including a community laundry.

6. Counsel is informed that Code Enforcement Officer Michael Meyers told Ms. Zelkha that as of June 13, 2013, Ms. Zelkha's drawing package had not yet been reviewed by the plan checker and most likely would not be reviewed for at least seven to ten days due to the number of projects in the queue.

7. Counsel is informed that Ms. Zelkha prepared supplemental information including a Title 24 Report and sprinkler system plan, and delivered them to the City of Alameda. The City issued a sprinkler permit.

8. Counsel is informed that on July 11, 2013, Ms. Zelkha received plan check comments from Jesse Bright. Ms. Zelkha has prepared responses to all but one of those comments, and anticipates delivering those responses and revised drawings to the City by August 15, 2013. Mr. Bright informed Ms. Zelkha that he has two other large projects in the queue for recheck ahead of her, should she submit those responses and revised drawings in the next few days. The last remaining comment response is due from Ms. Zelkha's structural engineer and she is actively working to resolve that item.

9. Counsel is informed that on July 15, 2013, Ms. Zelkha informed Building Official Greg McFann and Assistant City Attorney Alan Cohen that she anticipated responding to Mr. Bright's plan check comments by the end of July. They told her that they were satisfied so long as she responded in a reasonable time. Mr. Cohen also told Ms. Zelkha that he would notify the City's outside attorney, Greg Fox, that she was making progress.

10. The six-month stay of this proceeding expires August 19, 2013. The City originally requested the stay to give it time to determine whether it would dismiss its counterclaim or move for the appointment of a receiver. In its June 4 status report, the City stated that by the date of the stay's expiration it would let the Court know whether it will dismiss its cross-complaint

or file its motion for a receiver.  There are no grounds for the appointment of a receiver.  Ms. Zelkha is moving ahead with the rehabilitation of the Property, and is doing so expeditiously and to the City's apparent satisfaction.  If the City is not prepared to dismiss its cross-complaint, then it should advise the Court of the basis for continuing this action against Mr. Doherty's estate given that (1) Mr. Doherty sold the property in January 2013; and (2) the grounds for a receivership stated in the cross-complaint do not exist given the substantial progress toward rehabilitation of the property that has already occurred.

DATED:  August 6, 2013

By_____/s/_____
Raymond E. Loughrey