IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOHERTY, | No. C 09-04961 EDL |
| Plaintiff, | |
| v. | **ORDER DENYING REQUEST FOR CONTINUANCE** |
| CITY OF ALAMEDA AND CITY OF ALAMEDA HOUSING AND BUILDING CODE HEARING AND APPEALS BOARD, | |
| Defendants. | |
| CITY OF ALAMEDA, | |
| Counterclaimant, | |
| vs. | |
| JOHN DOHERTY and DOES 1-15, inclusive, | |
| Counterclaim-defendants. | |

This case involves a building located at 1617 Central Avenue in Alameda, California. On June 26, 2012, this Court granted summary judgment in Defendant's favor on Plaintiff's claim for inverse condemnation. (Dkt. 138). The only claim left in this case is Defendant's state law counterclaim to enjoin certain conditions on the property that constitute a public nuisance. Plaintiff sold the property in January 2013 and passed away in April 2013. In February 2013, the Court stayed this matter six months so that the new owner of the property could make improvements. (Dkt. 149.) That stay expires on August 19, 2013. The Court has scheduled status conferences since

1  the stay was imposed and has granted Defendant continuances.

2      Defendant now seeks to continue the status conference set for August 13, 2013 to October 1,
3  2013. Because the stay expires on August 19, 2013, and because Defendant has not shown good
4  cause for another continuance, Defendant's request for a continuance is DENIED.

5  **IT IS SO ORDERED.**

7  Dated: August 9, 2013            ELIZABETH D. LAPORTE
                                                                        United States Chief Magistrate Judge

**United States District Court**
For the Northern District of California