Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:	(415) 353-0999
Facsimile:	(415) 353-0990

Janet C. Kern, State Bar No. 151887
Office of the City Attorney
2263 Santa Clara Ave., Room 280
Alameda, CA  94501
Telephone:	(510) 747-4750
Facsimile:	(510) 865-4028

Attorneys for Defendant/Counterclaimant
CITY OF ALAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOHERTY,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ALAMEDA AND CITY OF ALAMEDA HOUSING AND BUILDING CODE HEARING AND APPEALS BOARD,<br><br>    Defendants.<br><br>CITY OF ALAMEDA,<br><br>    Counterclaimant,<br><br>v.<br><br>JOHN DOHERTY and Does 1- 15, inclusive,<br><br>    Counterclaim-Defendants. | Case No. 3:09-cv-4961 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER  OF DISMISSAL OF THE ENTIRE ACTION** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the Court Order the dismissal of the entire action as follows:

1. The plaintiff John Doherty, acting by and through his successor in interest, will dismiss with prejudice the Second Amended Complaint and waives any appeal from the Order Granting Motion for Summary Judgment.

2. The counterclaimant City of Alameda will dismiss its counterclaim for declaratory and injunctive relief without prejudice.

3. Each side to bear their own fees and costs.

SO STIPULATED.

Dated: September 6, 2013               BERTRAND, FOX & ELLIOT

                                       By:      /s/
                                           Gregory M. Fox
                                           Attorneys for Defendant/Counterclaimant
                                           CITY OF ALAMEDA


                                       LAW OFFICES OF RAYMOND E. LOUGHREY

Dated: September 6, 2013               By:      /s/
                                           Raymond E. Loughrey
                                           Attorney for Plaintiff /Counterclaim defendant
                                           JOHN DOHERTY


ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures/electronic consent by all counsel for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: September 6, 2013                              /s/
                                                Gregory M. Fox

2

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF THE ENTIRE ACTION
US District Court Case No. 3:09-cv-4961 EDL

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED:

1. The Second Amended Complaint is dismissed with prejudice and plaintiff John Doherty, acting by and through his successor in interest, waives any appeal from the Order Granting Motion for Summary Judgment.

2. The City of Alameda's counterclaim is dismissed without prejudice.

3. Each side to bear their own fees and costs.

Dated: _____              _____
                                            Hon. Elizabeth D. Laporte
                                            United States District Court  Magistrate Judge

**ORDER**

GOOD CAUSE APPEARING THE STIPULATION IS ORDERED.  The City of Alameda's cross-action is dismissed without prejudice and plaintiff's complaint is dismissed with prejudice, each side to bear their own fees and costs.

Date: September ___, 2013

_____
Hon Elizabeth D. Laporte
United States District Court Magistrate Judge